Guatemala February 13, 2023

Honorable Judge Sean D. Jordan
US District Judge
Eastern District of Texas

I, Liseth Carolina Hernández, Monterrosor with DPI. 2682284850115, extended in the general register of the people of the technical inspection of Livestock.

Dear  Judge,

I am addressing you with all due respect,  to tell  you that I met my husband, Mr. Marco Antonio Guerra Galindo in 2000. Since my youth, when I met him he has always been an excellent human being, hardworking and respectful, dedicated to his family, of humble origin, but with many dreams and desire to get ahead.  I admire that, because he has never stopped being the person I fell in love with. Since  he has been away from home, life for me and my children has been very difficult, since he is the head of this home, and I suffering from various diseases such as arthritis, thyroid and hypertension, it has been difficult for me to raise my children.   We miss  him every day, Being the person who knows him best, I can tell you that he is a humble, God-fearing, law-abiding man and although for various reasons he committed, this fault I know he did in order to support   me, my children and his elderly parents of which one in his absence,   became ill and died.

I hope God touches your heart, we are a united family that was disintegrated after the departure of my husband to face his fault. We look forward to your consideration at the time  of sentencing, as we are at home. We look forward to his return with much love .

Cordially,

/s/ Liseth Carolina Hernandez Monterroso

Guatemala, 13 de febrero de 2023

Honorable Judge Sean D. Jordan
US District Judge
Eastern District of Texas

Yo Liseth Carolina Hernández Monterroso, con DPI: 2682284850115, Extendido en el Registro General de las Personas (RENAP). Profesión: Técnico en Ganadería.

Señor Juez me dirijo hacia usted con todo respeto, para contarle que conocí a mi esposo, el señor Marco Antonio Guerra Galindo en el año 2,000. Desde mi juventud cuando lo conocí siempre ha sido un excelente ser humano, trabajador y respetuoso, entregado a su familia, de origen humilde, pero con muchos sueños y ganas de salir adelante. Por eso lo admiro porque jamás ha dejado de ser la persona de la que yo me enamore. Desde que él está fuera de casa, la vida para mí y mis hijos ha sido muy difícil, ya que él es la cabeza de este hogar, y yo padeciendo de varias enfermedades como artritis, tiroides e hipertensión, me ha costado sacar adelante a mis hijos. Lo extrañamos y añoramos todos los días. Siendo la persona que más lo conoce, puedo decirle que es un hombre humilde, temeroso de Dios, respetuoso de la ley y aunque por varios motivos él cometió esa falta, sé que lo hizo con el fin de sacarnos adelante a mí, a mis hijos y a sus padres ancianos, de los cuales uno en su ausencia enfermo y falleció.

Espero Dios toque su corazón, somos una familia unida que quedo desintegrada tras la partida de mi esposo a enfrentar su falta. Esperamos su consideración al momento de emitir su sentencia, ya que nosotros en casa esperamos su regreso con mucho amor.

Atentamente,

Liseth Carolina Hernández Monterroso
DPI: 2682284850115

Honorable Judge Sean D. Jordan
US District Judge
Eastern District of Texas


I, Esteban Andre Guerra Hernández with DPI, 3234492200509 extended in the general registry of people (RENAP) of technical profession in livestock.

Honorable judge, I address you with great respect, I want to tell you that I am the eldest son of Mr. Marco Antonio Guerra Galindo, the departure of my father plunged me into a state of depression, which has greatly affected several aspects of my life.  I have been with psychological treatment, but I am having a hard time getting ahead. I miss my dad a lot, as he had never been away from home. I have done my part, but his absence affects me a lot, since there are days that I do not even want to live.  My psychologist has helped me a lot. And so I have managed to prepare for my adulthood, studying several courses such as lemon planting and livestock so that when my dad returns he can be proud of me. That is why I want to reach out to your  heart and beg  that you take into account the need I have to see and have my father, since I consider him a good-hearted man dedicated to love, who deserves an opportunity to rectify his actions, since I know that he did it because of the extreme poverty in which have lived. I have memories as a child where many things were needed at home and that's why I understand why he made that bad decision for which he is paying for his absence in Texas begging you to take into consideration at the time of sentencing.
Kind regards,


/s/ Esteban Andre Guerra Hernandez

Guatemala, 13 de febrero de 2023

Honorable Judge Sean D. Jordan
US District Judge
Eastern District of Texas

Yo Esteban André Guerra Hernández con DPI: 3234492200509, Extendido en el Registro General de las Personas (RENAP), Profesión: Técnico en Ganadería.

Honorable Juez me dirijo hacia usted con mucho respeto, quiero contarle que soy el hijo mayor del señor Marco Antonio Guerra Galindo, la partida de mi padre me sumergió en un estado de depresión, lo cual ha afectado mucho en varios aspectos de mi vida, he estado con tratamiento psicológico pero me está costando salir adelante, extraño mucho a mi papá ya que nunca había estado fuera de casa. He puesto de mi parte pero su ausencia me afecta mucho ya que hay días que no quiero ni vivir, mi psicóloga me ha ayudado mucho y así he logrado irme preparando para mi edad adulta estudiando varios cursos como siembra de limón y de ganadería, para que al regresar mi papá se sienta orgulloso de mi.

Por eso yo quiero llegar a su corazón y suplicarle por favor, tome en cuenta la necesidad que tengo de ver y tener a mi padre, ya que lo considero un hombre de buen corazón, dedicado, amoroso, que merece una oportunidad para rectificar sus actos, ya que sé que lo hizo por la pobreza extrema en la que vivíamos, tengo recuerdos de niño donde en casa hacían falta muchas cosas, y por eso entiendo el por qué él tomo esa mala decisión por la cual está pagando su falta en Texas.

Suplicándole que tome consideración al momento de sentenciarlo.

Atentamente.

Esteban André Guerra Hernandez
DPI: 3234492200509

Honorable Judge Sean D. Jordan
US District Judge
Eastern District of Texas


I Carolyn Nahomy Guerra- Hernandez am 10 years old. I consider my dad a good

father, I miss him a lot, for his teachings, his care, the moments together that we went to

milk the cows, we rode horses together,  he has always been my hero and I dream of

being able to hug him after so many years away from him.



Honorable Judge Sean D. Jordan
US District Judge
Eastern District of Texas

Yo Carolynne Nahomy Guerro-
Hernandez tengo 10 años de edad
considero a mi papá un buén padre lo
extraño mucho por sus enseñanzas y
sus cuidados los momentos juntos que
ivanos a ordeñar las vacas montabamos
a coballos juntos el siempre a sido my
heroe y sueño cen poder abrasorlo
despues de tantos años lejos de nal



**Guatemala,  February 12,  2023**

**Honorable Judge Sean D.  Jordan**
**US District Judge**
**Eastern District of Texas**

**Respectable Authorities:**

The reason for this letter is to introduce myself, I am the nephew of Marco Antonio Guerra Galindo, I present myself before you as **Nelson Alfredo Guerra Najarro** with personal identification number **2207065730415**. Occupation: Advertising

 I consider my Uncle Marco Antonio Guerra Galindo a great man, father, son, brother and a great human being, since since I remember he has cared about all the people around him and not only  for his family or for his acquaintances, he has always liked to share with those who need, my uncle Tono as I call him is God-fearing, knowledgeable of the Word and with a lot of FAITH. My dad died  when I was  4 years old and   since then my uncle has been the father figure in my  life, He  helped my mother pay for my studies and was always there when I needed it.

It is important that you know how important my uncle  Tono has been in my life and what a great  human being he is,  I know that   many times we fail, but  It is also human to get up and start again, we all deserve second chances. Just like my uncle has been an excellent son who has always sought for my grandparents, sadly my grandfather passed away last year, a very big loss for the family and  I know that  for my  uncle it was such a pain that he would have wanted to have him close and be able to hug him. My grandmother has suffered a lot and I know that it would be an immense joy to be able to see her son again.

For that and many reasons I ask Mr. Judge for clemency when   sentencing my uncle Tono.  There are many people who have been affected to have my uncle so far away, his wife, children, my grandmother and especially  me, as a  son let me tell you that it is difficult to lose our parents, I lost mine years ago and I have a lot of pain in having my uncle, who became my second father so far away. I know that time cannot be returned.  I ask  you with all my heart we   love my uncle and want him back home, we miss him very much.

Thank you for your time and attention.

I say goodbye,

**Nelson Alfredo Guerra Najarro**
**2207065730415**

**Guatemala, 12 de febrero de 2023**

**Honorable Judge Sean D. Jordan**

**US District Judge**

**Eastern District of Texas**

**Respetables Autoridades:**

El motive de esta carta es para presentarme, soy sobrino de Marco Antonio Guerra Galindo, me presento ante usted como **Nelson Alfredo Guerra Najarro** con número de identificación personal **2207065730415**. Ocupación publicista.

Considero a mi Tío Marco Antonio Guerra Galindo un gran hombre, padre, hijo, hermano y un gran ser humano, ya que desde que recuerdo se ha preocupado por todas las personas que esta a su alrededor y no solo por su familia o por sus conocidos, siempre le ha gustado compartir con los que necesitan, mi tío Tono como le digo yo es temeroso de Dios, conocedor de la Palabra y con mucha FE. Mi papa murió cuando tenia 4 años y desde entonces mi tío ha sido la figura paterna en mi vida, siempre ayudo a mi mama a costear mis estudios y siempre estaba cuando lo necesitaba.

Es importante que sepa lo importante que ha sido mi tío Tono en mi vida y el gran ser humano que es, se que muchas veces fallamos, pero también es de humanos levantarnos y empezar de nuevo, todos merecemos segundas oportunidades. Al igual mi tío ha sido un excelente hijo quien siempre ha procurado por mis abuelos, tristemente mi abuelo falleció el año pasado, una perdida muy grande para la familia y sé que para mí tío fue un dolor tan grande que hubiese querido tenerlo cerca y poder abrazarlo. Mi abuela a sufrido mucho y se que seria una alegría inmensa poder ver a su hijo de nuevo.

Por eso y muchas razones le pido Señor Juez sea clemente con la sentencia de mi tío Tono, somos muchas personas que nos a afectado el tener a mi tío tan lejos, su esposa, hijos, mi abuela y en especial a mi, como hijo déjeme decirle que es difícil perder a nuestros padres yo perdí al mío hace años y me tengo mucho dolor en tener tan lejos a mi Tío quien se convirtió como mi segundo papa. Se que el tiempo no lo podemos regresar. Se lo pido de todo corazón ya queremos de vuelta a mi tío, acá lo extrañamos mucho.

Gracias por el tiempo y la atención prestada.

Me despido,

**Nelson Alfredo Guerra Najarro**
**2207065730415**

Judge Sean D. Jordan
US District Judge
Eastern District of Texas

My name is, Hector, Adolfo Guerra Galindo. With DPI 19718. 15700415 with residence in village Hierbabuena San Andrés Itzapa. Chimaltenango.

My opinion Regarding Mr. Marco Antonio Guerra Galindo is that of brothers. We grew up together in humble conditions, in a poor home. Since we were children we have had to work in agriculture, being Marco Antonio Guerra Galindo, my younger brother, a person of good character, friendly, fearful of God and my parents. At the time he committed the fault he has always given us support in the economic, in diseases and needs that we have had, considering him a great human being.

At home we miss him, so we beg for your consideration at the time of issuing your verdict regarding the sentence.

very grateful, for your understanding, Mr. Judge,

Tentatively.

/s/ Héctor Adolfo Guerra Galindo.

Guatemala, 13 de febrero de 2023

**Honorable Judge Sean D. Jordan**
**US District Judge**
**Eastern District of Texas**

Yo Héctor Adolfo Guerra Galindo, con DPI: 1971815700415, con Residencia en Aldea Hierba Buena, San Andrés Itzapa, Chimaltenango.

Mi opinión respecto al señor Marco Antonio Guerra Galindo, es de hermanos.

Crecimos juntos en condiciones humildes en un hogar de escasos recursos, desde niños nos ha tocado trabajar en la agricultura, siendo Marco Antonio Guerra Galindo mi hermano menor, una persona de buen carácter, amigable, temeroso de Dios y mis padres. Y en el momento que cometió la falta, siempre nos ha brindado apoyo en lo económico, en enfermedades y necesidades que hemos tenido, considerándolo un gran ser humano.

En casa lo extrañamos por eso suplicamos su consideración al momento de emitir su veredicto, respecto a la sentencia.

Por su comprensión señor juez, muy agradecido.

Atentamente.

Héctor Adolfo Guerra Galindo
DPI: 1971815700415

Judge Sean D. Jordan
US District Judge
Eastern District of Texas

I, Carlos Guerra 26 years old , with trade of heavy transport driver,   have known Marco Antonio Guerra Galindo for 10 years  because we are united by a family bond.  During the time I have shared with Marco Antonio Guerra Galindo he has proven to be a person of noble and charitable character with the people who have needed his help, Marco Antonio Guerra Galindo is a person of good heart and generous, who has supported his whole family, being the support of his parents.

Honorable Mr. Judge, we know that Mr. Marco Antonio Guerra Galindo committed a fault towards the law by this means, we ask you to forgive him, since during the time I have known him he has shown himself to be a humble, simple person. Respectful and above all, hardworking. His stay in prison has served him to reflect on his fault committed, he has suffered the loss of his father and son and longs to see his mother and live with her the remaining years of his life. I appreciate your fine attention hereto, hoping that my testimony will be of help so that Marco Antonio Guerra Galindo returns soon to our town, attentively.

/s/ Carlos Guerra.

Judge Sean D. Jordan
US District Judge
Eastern District of Texas

Yo, Carlos Guerra de 26 años, con oficio de conductor de transporte pesado, doy fe, que conozco hace
10 años a Marco Antonio Guerra Galindo, porque nos une un vínculo familiar.  Durante el tiempo que he
convivido con Marco Antonio Guerra Galindo ha demostrado ser una persona de carácter noble y
caritativo con las personas que han necesitado de su ayuda, Marco Antonio Guerra Galindo es una
persona de buen corazón y generosa, que ha apoyado a toda su familia, siendo él el sostén de sus
padres.

Honorable señor juez, sabemos que el señor Marco Antonio Guerra Galindo cometió una falta hacia la
ley por este medio, le pedimos que lo perdone, ya que durante el tiempo que lo he conocido ha
demostrado ser una persona humilde, sencilla. Respetuosa y sobre todo, trabajador. Su estadía en la
prisión le ha servido para reflexionar sobre su falta cometida, ha sufrido la pérdida de su padre y su hijo
y anhela ver a su madre y convivir con ella los años que le restan de vida. Agradezco su fina atención por
a la presente, esperando que mi testimonio sea de ayuda para que marco Antonio Guerra Galindo
regrese pronto a nuestro pueblo, atentamente.


Carlos Guerra.

Judge Sean D. Jordan
US District Judge
Eastern District of Texas


Olga Lorena Sirin Galindo de Cifuents
Primary Education Teacher, Administrative Director
Centro I Urbano, Aldea el Jabali del Municipio de Santa Lucia Cotzumalguapa
Escuintla, Republic of Guatemala


It is a privilege  convey my  opinion about the character of Mr. Marco Antonio Guerra Galindo
for these and many other reasons, he is a respectable and productive member.  He has seen
himself surrounded by honest and hardworking people, where uninfluenced behavior is
reflected,  he is attentive because without asking for favors, he approaches to offer himself
humanely. His ambition is very constructive towards education and his reputation is
unblemished in society.  I have known him and his family since childhood  because  we are
united by the family bond and therefore, we are a hardworking and helpful family before
society. During this time he has been concerned about the welfare of our educational
establishment, being a collaborator in many educational activities and renovation of our
school. In the time I have  known him  he was never involved with issues related to authority.

I consider him to be an exemplary father who has fought for his children to get ahead by
teaching them honest and dignified work. Without any other particular.

Kind regards.

Olga LorenaSirin Galindo  Cifuentes.

 

Honorable Judge Sean D. Jordan
US District Judge
Estern District of Texas

Yo Olga Lorena Sirin Galindo de Cifuentes
Número de DPI: 2197 28267 0502
Número de Teléfono: 5895 - 5325
Mi Título: Profesora en Educación Primaria Intercultural
Cargo en mi trabajo: Directora Administrativa
Dirección: Centro Urbano, Aldea el Jabalí, del municipio de Santa Lucía Cotzumalguapa,
Escuintla República de Guatemala.

Mi opinión al respecto del señor Marco Antonio Guerra Galindo.

Es un privilegio emitir esta opinión sobre el carácter del señor Marco Antonio Guerra Galindo
por estas y múltiples otras razones es un miembro respetable y productivo. Se ha visto
rodeado de personas honestas y trabajadoras, donde se refleja un comportamiento no
influenciado, es atento porque sin pedirle favores se acerca a ofrecerse humanamente, su
ambición es muy constructiva hacia la educación y su reputación es intachable ante la
sociedad. Desde la infancia conozco a su familia porque nos une el vínculo familiar y por
ende somos una familia trabajadora y servicial ante la sociedad. Durante este tiempo se ha
preocupado por el bienestar de nuestro establecimiento educativo, siendo colaborador en las
muchas actividades educativas y remozamiento del centro escolar.

En el tiempo que se le conoce nunca estuvo involucrado con problemas relacionados con la
autoridad.

Considero que es un padre ejemplar que ha luchado para que sus hijos salgan adelante
enseñándoles el trabajo honrado y digno.

Sin otro particular.

Atentamente:  

Olga Lorena Sirin Galindo de Cifuentes
Directora de Escuela Oficial Rural Mixta, Aldea El Jabalí
Celular 5895 5325



Honorable Judge Sean D. Jordan
US District Judge
Eastern District of Texas.


RE: Marco Anotio Guerra Galindo


I, Ofelia Galindo Cuscun, With DPI  number 2492800430502, with residence.  At the village
Hierba buena. San Andres, Itzapa, Chimaltenango.

To whom it may concern, please be advised that  Marco Antonio Guerra Galindo is a humble n
and hardworking person. , I know that since childhood he worked in  agriculture.  He  is a very
honest person, his friends are of good behavior and he has never had trouble with the law
before  He has not been influenced by any person, and  he has always been a very attentive
person to his family. His situation  is  affecting his parents, his brothers, uncles, nephews and
myself his aunt.  He has aided his  Community and the people who have needed it most.

Being aware of the process through which his going, his character  remains the same, for which
I beg the judge to take into account my humble opinion and to judge correctly.

I sincerely say goodbye to you and beg God to make a good decision.


/s/ Ofelia Galindo Cuscun

Honorable Judge Sean D. Jordan

US District Judge

Eastern District of Texas


Yo Ofelia Galindo Cúscun con No. De DPI 2492 80043 0502, con residencia el Aldea Hierba Buena San Andrés Itzapa, Chimaltenango.


A quien interese hago constar que Marco Antonio Guerra Galindo es una persona humilde y trabajadora, me consta que desde pequeño se ha dedicado a la agricultura, él es una persona muy honrada, y sus amistades son de buena conducta y nunca antes había tenido problemas con la ley, no ha sido influenciado por ninguna persona, él siempre ha sido una persona muy atenta a su familia y esto ha venido afectando a sus padres, hermanos, tíos, sobrinos y tanto como a mí que soy su tía, hago constar que ha brindado su ayuda a la comunidad a las personas que más lo han necesitado.


Estando al tanto del proceso por el cual está pasando su carácter sigue siendo el mismo por lo cual le ruego al señor juez tome en cuenta mi humilde opinión y pueda juzgar correctamente.


Atentamente me despido de usted y rogándole a Dios tome una buena decisión.


Ofeli Galindo
Ofelia Galindo Cúscun

Cel. 41758996

Honorable Judge Sean D. Jordan US District Judge
Eastern District of Texas.


I William César Alvarez Leiva. IPR
number: 3240088210513.
Email: williamcesara132@gmail.com
Occupation:    Undergraduate Medical and  Surgeon student  at the San Carlos
University of Guatemala.
 University Card: 202041102.
Address: Calle Belice Parcela A42,  Nueva Concepción,  Escuintla, República de
Guatemala.


My opinion regarding  Mr. Marco Antonio Guerra Galindo.

Mr. Marco Antonio Guerra Galindo is a person that I have known since 2010 and in
my personal experience he proved to be a Humble, Hardworking, Honest,
Respectful, Collaborativeand Kind person for which I attest that he is a person who
does not represent a danger to society.

 In Nueva Concepción,  Escuintla Mr. Marco Antonio Guerra Galindo along with
his wife and children are loved and respected by the entire community because
they are humble and hardworking people who help the most needy, they have
given their support to the community in the reparation   of streets,  donations to
Public Educational Centers and making use of their kindness have supported
orphaned children, widows, seniors, people with low economic resources with
diseases.

  Therefore I can  state that Mr. Marco Antonio Guerra Galindo has a temperament
and conduct good for society and peaceful for any situation.


William Cesar Alvarez Leiva

Honorable Judge Sean D. Jordan US District Judge
Estern District of Texas.


Yo William César Alvarez Leiva.
Número de DPI: 3240088210513.
Email: williamcesara132@gmail.com
Ocupación: Estudiante De Licenciatura Médico y Cirujano En La Universidad San Carlos De Guatemala.
Carné Universitario: 202041102.
Dirección: Calle Belice Parcela A42, Nueva Concepción, Escuintla, República de Guatemala.


Mi opinión respecto al señor Marco Antonio Guerra Galindo.

El señor Marco Antonio Guerra Galindo es una persona que la conozco desde el año 2010 y en mi experiencia personal demostró ser una persona Humilde, Trabajadora, Honesta, Respetuosa, Colaborativa y Bondadosa por lo cual doy fe que es una persona que no representa un peligro para la sociedad.

En Nueva Concepción, Escuintla El señor Marco Antonio Guerra Galindo junto a su esposa e hijos son personas queridas y respetadas por toda la comunidad porque son personas humildes y trabajadoras que ayudan a los más necesitados, han brindado su apoyo a la comunidad en la reparación de calles, Donaciones a Centros Educativos Públicos y haciendo uso de su bondad han apoyado a niños huérfanos, Mujeres Viudas, Personas de la tercera edad, Personas de bajos recursos económicos con enfermedades.

Por lo tanto puedo hacer constar que el Señor Marco Antonio Guerra Galindo posee un temperamento y conducta buena para la sociedad y pacífica para cualquier situación.


William César Alvarez Leiva

Honorable Judge Sean D. Jordan
US District Judge

Eastern District of Texas.

Yo Odel Enrique Leverón. IPR
number : 3239913780513
Email: odelleveronleveron@gmail.com
Occupation: Entrepreneur
Company: Levertrack
Address: Calle Panamá lote 94 Nueva Concepción Escuintla.

My opinion on Mr . Marco Antonio Guerra Galindo.

Mr. Marco Antonio Guerra Galindo is an altruistic person, known mainly for his great heart and love for the welfare of the citizens of Concepción. He is an honorable and above all humble person who has collaborated in  improvements of the people such as the repair of streets,  financing in cultural activities, as well as demonstrating his compassion, helping people with limited resources, promoting scholarships to students who can not finish their studies at a diversified level, providing  It educates those who cannot afford it, among other actions that reflect its  good values and principles. In labor aspects he is a fair and  loyal person, together with  his family they are an example of union and quality human beings, who promote respect and love for others.

As far as I attest, of his abilities before society and his vision of an impeccable, honorable and respectful human being, in such a way I note that his person does not represent any danger to society.

Without other particular

Kind regards:

Odel Leveron Villalta

Honorable Judge Sean D. Jordan
US District Judge

Estern District of Texas.

Yo Odel Enrique Leverón.
Número de DPI: 3239913780513
Email: odelleveronleveron@gmail.com
Ocupación: Empresario
Empresa: Levertrack
Dirección: Calle Panamá lote 94 Nueva Concepción Escuintla.

Mi criterio sobre el señor Marco Antonio Guerra Galindo.

El señor Marco Antonio Guerra Galindo es una persona altruista, conocida principalmente por su gran corazón y amor hacia el bienestar de la ciudadanía concepcionense. Es una persona honorable y sobre todo humilde que ha colaborado en mejoras del pueblo como lo es la reparación de calles, financiamiento en actividades culturales, así mismo demostrando su compasión, ayudando a personas con escasos recursos, promoviendo becas a estudiantes que no pueden culminar sus estudios a nivel diversificado, dotando de medicina a quienes no pueden costearla, entre otras acciones que reflejan sus buenos valores y principios. En aspectos laborales es una persona justa y leal, junto a su familia son un ejemplo de unión y de seres humanos de calidad, que promueven el respeto y amor al prójimo.

Por lo que doy fe, de sus capacidades ante la sociedad y su visión de ser humano impecable, honorable y respetuoso, de tal manera constato que su persona no representa ningún peligro para la sociedad.

Sin otro particular.

Atentamente:

_____
Odel Leverón Villalta

Guatemala City February  10,  2023

Honorable Judge Sean D. Jordan
**US District Judge**
**Eastern District Of Texas**

Dear Judge, receive a cordial greeting from Floridalma Galindo Morales who identifies herself with Personal Identification Document   2456256150502 Intercultural Education Teacher  in El Jabalí Village  .

With him now sentenced we are united by the bond of consanguinity because our roots come from the same genealogical branch. Marco Antonio Guerra Galindo identified himself  in our community  as a  person of  good moral and religious principles who always opted for dialogue for the welfare of his family  and  this community,  He  was  always  a  collaborator  withthe  local  authorities  and departments, as well as careful of the legal norms of the country. My whole family depends on agriculture because in our community they do not have jobs that improve the local  economic system.

I am writing to ask for clemency for my relative Marco Antonio Guerra Galindo who was condemned by this honorable court, I respectfully ask for a lenient punishment with him, since his arrest the family has suffered serious damage due to the economic situation that is currently lived in the country. Many people depend on him, because his family does not have health insurance and his beloved mother constantly needs medication to improve her health. Otherwise, his family will suffer serious harm if he is imprisoned.

Thank you in advance for reading my letter and taking the time to respond. 502 40061049 is where you can reach me.

Respectfully

**Floridalma Galindo Morales**
**Lcda. In Primary Education**

Ciudad de Guatemala 10 de febrero de 2023

**Honorable Judge  Sean D. Jordan**
**US District  Judge**
**Eastern District Of Texas**

Estimado Juez reciba un cordial saludo de Floridalma Galindo Morales quien se identifica con documento Personal de Identificación 2456256150502 Profesora de enseñanza Intercultural en la Aldea El Jabalí.

Con el ahora sentenciado nos une el vínculo de consanguinidad pues nuestras raíces provienen de la misma rama genealógica. Marco Antonio Guerra Galindo se identificó en nuestra comunidad  como una persona de buenos principios morales y religiosos que siempre optó por el diálogo por el bienestar de su familia  y esta comunidad.   Siempre   fue   colaborador   con   las   autoridades   locales   y departamentales así como cuidadoso de las normas jurídicas del país. Toda mi familia  depende de la agricultura pues en nuestra comunidad no cuenta  con trabajos que mejoren el sistema económico local.

Le escribo para pedir Clemencia por  mi familiar Marco Antonio Guerra Galindo quien fue Condenado por este honorable tribunal, Pido respetuosamente  un castigo indulgente con él, ya que a partir de su detención la familia ha sufrido un grave daño por la situación económica que en la actualidad se vive en el país. Pues muchas personas dependen de su persona,  pues su familia no cuenta con seguro médico y su querida madre necesita constantemente de medicamentos para mejorar su salud.  De no ser así  su familia sufrirá un grave daño si lo encarcelan.

De antemano agradezco por leer mi carta y tomarse el tiempo para responder. 502 40061049 es donde puede comunicarse conmigo.

Respetuosamente,

**Floridalma Galindo Morales**
**Lcda. En Educación Primaria**

Guatemala City February 11,  2023


**Honorable Judge Sean D. Jordan**
US District Judge
**Eastern District Of Texas**


Dear Judge, receive a cordial greeting from Gregorio Galindo Morales.  IPR number: 1716124340506
My Work:  Primary School Teacher

Marco Antonio Guerra Galindo always identified himself as a person of good moral principles,  respectful, honest and hardworking. What unites us is the bond of consanguinity.  He was always a collaborator with the local and departmental  authorities as  well as careful of the  legal norms of the  country.

He always stood out as a humble person with a lot of  empathy and what little he  had he shared with the most needy.   For  years the family has been dedicated  to agriculture  and livestock. Everything they possess has been achieved with a lot of effort with  many years of work.

I am  writing to ask for clemency for   my relative Marco Antonio Guerra Galindo who was convicted by this honorable court, I respectfully ask for a lenient punishment with him because many members of our family depend on the income that he generated. Well, as you know, our country suffers a lot from unemployment, insecurity and poverty. His family will suffer serious harm if he is imprisoned, as many depend on him.

 Thank you in advance for reading my letter and taking the time to respond.  502 38622980 is where you can reach me.

Respectfully


**Gregorio Galindo Morales**

Ciudad de Guatemala 11 de febrero de 2023

**Honorable Judge  Sean D. Jordan**
**US District  Judge**
**Eastern District Of Texas**

Estimado Juez reciba un cordial saludo de Gregorio Galindo Morales.
Número de DPI: 1716124340506
Mi trabajo: Maestro de Educación primaria

Hago de su conocimiento que Marco Antonio Guerra Galindo. Siempre se identificó como una persona de buenos principios morales, respetuosa, honrada y trabajadora. Lo que nos une es el vínculo de consanguinidad.  Siempre fue colaborador con las autoridades locales y departamentales así como cuidadoso de las normas jurídicas del país.

Siempre se destacó como una persona humilde y con mucha empatía pues lo poco que tenía lo compartía con el más necesitado.  Desde hace años la familia se dedica a la agricultura y ganadería. Y todo lo que poseen lo han logrado con mucho esfuerzo con tantos años de trabajo.

Le escribo para pedir Clemencia por  mi familiar Marco Antonio Guerra Galindo quien fue Condenado por este honorable tribunal, Pido respetuosamente  un castigo indulgente con él pues muchos miembros de nuestra familia dependen de los ingresos que el generaba. Pues como es de su conocimiento que en nuestro país  se sufre mucho de desempleo, inseguridad y  pobreza.
De no ser así  su familia sufrirá un grave daño si lo encarcelan pues muchos dependen de él.

De antemano agradezco por leer mi carta y tomarse el tiempo para responder. 502 38622980  es donde puede comunicarse conmigo.

Respetuosamente,

**Gregorio Galindo Morales**

Honorable Judge Sean D. Jordan
Us District Judge
Eastern District of Texas

I, Miguel Alfredo Leyva Medrano with DPI 1635261250506, extended, in Nueva
Concepción, Escuintla, profession merchant.

I have known Mr. Marco Antonio Guerra Galindo for 10 years, as a client and friend,
and  since that date we have shared time together being able to assure you that you are
a very good-hearted, respectful and kind person, always helping the needy, afraid of the
law and having his motives, things that we do not understand. We know that he
committed a fault. for which he is being judged for which we beg the honorable judge to
take considerations at the time of sentencing.

Kind regards.

/s/ Miguel Alfredo Leiva Medrano

Guatemala, 13 de febrero de 2023

Honorable Judge Sean D. Jordan
US District Judge
Eastern District of Texas

Yo Miguel Alfredo Leiva Medrano, con DPI: 1635261250506, Extendido en Nueva Concepción Escuintla. Profesión: Comerciante.

Conozco al señor Marco Antonio Guerra Galindo desde hace 10 años como cliente y amigo, ya que desde esa fecha hemos convivido, pudiéndole asegurar que es una persona de muy buen corazón, respetuoso y bondadoso, siempre ayudando al necesitado, temeroso de la ley y teniendo él sus motivos cosas que no comprendemos, sabemos que cometió una falta por la cual está siendo juzgado.

Por lo cual suplicamos al honorable juez tomar consideraciones al momento de la sentencia.

Atentamente,

Miguel Alfredo Leiva Medrano
DPI: 1635261250506

Nueva Concepcion, Esc February 9, 2023

Honorable Judge Sean D. Jordan

US District Judge

Eastern District of Texas


Serve the present to greet you, and  at the same time inform you that for more than 15 years I have known Mr. Marco Antonio Guerra Galindo, who is a very helpful person and has been very supportive of our Church and who has shown during this time to be an excellent person, responsible, helpful and  collaborative. That is why I state that I have known him  for several years, so I have no problem recommending him  for any institution that requires it. Without any other particular to which to refer, I extend these words of recommendation.


Kind regards


/s/ Pastor Victor Morales.



*Iglesia De Jesucristo El Buen Samaritano*

*Beraca Valle De Bendición*

Nva. Concepción, Esc. 09 de febrero 2023

Honorable Judge Sean D. Jordan
US District Judge
Eastern District of Texta

Sirva la presente para saludarle y a la vez informarle que, desde hace mas de 15 años, conozco, al señor **MARCO ANTONIO GUERRA GALINDO**, quien es una persona muy servicial y ha apoyado en mucho a nuestra iglesia y quien ha demostrado durante este tiempo ser una excelente persona, responsable, servicial y colaborador. Es por eso que hago constar que lo conozco ya desde hace varios años, por lo cual no tengo ningún inconveniente en recomendarlo para cualquier institución que lo requiera.

Sin otro particular a qué hacer referencia, hago extensiva estas palabras de recomendación y quedo de usted.

Pastor
Victor Morales



# RANCHO ALVAREZ

DAIRY GYR CATTLE AND GIROLANDO
NUEVA CONCEPCIÓN, ESC.  PHONE: 4939-
2601

Honorable Judge Sean D. Jordan

US District Judge

Estern District of Texas

I William Roberto Alvarez Pacheco.

IPR number: 1825 25902 0506

Email: wpalma200@yahoo.com

Profession: Agricultural Engineer .

 Collegiate Number: 3572

Address: Calle Belice Parcela A-42,  Nueva Concepción,  Escuintla, República de Guatemala.

My opinion regarding Mr. Marco Antonio Guerra Galindo.

I have known Mr. Marco Antonio Guerra Galindo for more than twenty years and I can assure you that he is a  hard-working man, of good character and  good heart,  I have been a spectator of his works and even participate in the events he carries out to help the most needy, who have suffered from natural disasters, in Hurricane Stan in 2005, Tropical Storm Agatha in 2010 and river overflows.  He is a  responsible father of a family, who has instilled in his children, values and moral principles which I witnessed very closely as my neighbor.

Aware of his situation, I  inform the honorable US  District Judge of the Eastern District of Texas that because of  the closeness of my friendship with  Mr.  Marco Antonio Guerra Galindo he  does not represent a danger to society because he is a man who has love for his neighbor and empathy. with  the  needs  they  suffer. I  thank  you  for  your  attention  and  respectfully  request  that  this document be taken into account.

*William Roberto Alvarez Pacheco*
Ingeniero Agronomo
COLEGIADO No. 3572

_ ENG. WILLIAM ROBERTO ALVAREZ PACHECO

RANCHO ALVAREZ

# RANCHO ALVAREZ

GANADO GYR LECHERO Y GIROLANDO
NUEVA CONCEPCIÓN, ESC. TEL: 4939-2601

Honorable Judge Sean D. Jordan

US District Judge

Estern District of Texas

Yo William Roberto Alvarez Pacheco.

Número de DPI: 1825 25902 0506

Email: wpalma200@yahoo.com

Profesión: Ingeniero Agrónomo.

Número de Colegiado: 3572

Dirección: Calle Belice Parcela A-42, Nueva Concepción, Escuintla, República de Guatemala.


Mi opinión respecto al señor Marco Antonio Guerra Galindo.

Conozco al señor Marco Antonio Guerra Galindo desde hace más de veinte años y puedo dar seguridad que es un hombre trabajador, de buen carácter y buen corazón he sido espectador de sus obras e incluso participe de los eventos que realiza para ayudar a los más necesitados, que han sufrido por desastres naturales, en el Huracán Stan en 2005, tormenta tropical Agatha en 2010 y desbordamientos de ríos. Es un padre de familia responsable, que ha inculcado en sus hijos, valores y principios morales lo cual presencie muy de cerca por ser mi vecino.

Enterado de su situación hago del conocimiento del honorable US District Judge Estern District of Texas que por la cercanía de mi amistad con el señor Marco Antonio Guerra Galindo no representa un peligro para la sociedad por ser un hombre que tiene amor por su prójimo y empatía con las necesidades que sufren. Agradezco su atención y solicito con todo respeto se tome en cuenta la presente.


*William Roberto Alvarez Pacheco*
Ingeniero Agronomo
COLEGIADO No. 3572

_____

ING. WILLIAM ROBERTO ALVAREZ PACHECO

RANCHO ALVAREZ

Ciudad de Guatemala 12 de febrero de 2023

**Honorable Judge  Sean D. Jordan**
**US District  Judge**
**Eastern District Of Texas**

Estimado Juez reciba un cordial saludo de Oscar Benito Noriega Martínez quién actualmente ejerce el cargo de   Presidente en el Consejo comunitario   de Desarrollo Rural en la Comunidad El Jabalí Cantón B.

Hago conocer a su persona que en lo personal conozco a Marco Antonio Guerra Galindo por ser una persona muy colaboradora aquí en nuestra aldea. Siempre se identificó  como una persona de buenos principios morales, respetuosa, honrada y trabajadora doy fe de que el acusado es una persona pacífica siempre optó por el diálogo para no crear conflicto entre los habitantes de la comunidad. Siempre fue colaborador con las autoridades locales y departamentales así como cuidadoso de las normas jurídicas del país.

Durante el tiempo que lo conocí pude observa que siempre se relacionaba con personas de buenos principios morales. También fue una persona con mucha empatía pues brindaba mucho apoyo a los aldeanos de nuestra comunidad. Nunca demostró ser una persona ambiciosa pues siempre se destacó como una persona humilde y de buenas costumbres. Desde hace años conozco a la familia pues se dedican a la agricultura y ganadería. Y todo lo que poseen lo han logrado con mucho esfuerzo con tantos años de trabajo.

Le escribo para pedir Clemencia por  el ciudadano guatemalteco Marco Antonio Guerra Galindo quien fue Condenado por este honorable tribunal, Pido respetuosamente   un castigo indulgente con él, puesto que desde su encarcelamiento, varios miembros de la comunidad se han indignado y se han unido para brindarle todo su apoyo,   demostrando cuanto le apreciaban en el vecindario. Pues todos lo recuerdan como una persona muy colaboradora. De no ser así la comunidad sufrirá un grave daño si lo encarcelan.

De antemano agradezco por leer mi carta y tomarse el tiempo para responder. 502 30801079 es donde puede comunicarse conmigo.

Respetuosamente,

**Oscar Benito Noriega Martínez**
**PRESIDENTE DE COCODE**

Guatemala City February  12,  2023

Honorable Judge Sean D. Jordan
US District Judge
Eastern **District Of** Texas

Dear Judge, receive a cordial greeting from Oscar Benito Noriega Martínez who currently holds the position of  President of the Community Council  for Rural Development in the Community El  Jabalí Canton B

I personally  know Marco Antonio Guerra Galindo for being a  very collaborative person here in our village.  He always identified himself as a person of good moral  principles,  respectful, honest and hard worker  I attest  that the  accused is a peaceful  person always opted for dialogue so as not to  create conflict among the  inhabitants of  the  community. He was always a collaborator with local and departmental authorities as  well as careful of the country's legal norms.

During the time I have known him I could observe that he always related to people of good moral  principles.  He was also  a very empathetic person because he was very supportive of the villagers in our community.  He never proved to be an ambitious person because he always stood out as a humble person of  good manners.  For years I have known  the family because they are dedicated to  agriculture and livestock.   And everything they possess  they have achieved with a lot of effort and  many years of work.

I am writing to ask for clemency for the Guatemalan citizen Marco Antonio Guerra Galindo who was convicted by this honorable court, I respectfully ask for  a lenient punishment with him, since since his imprisonment,  several members of the community  have  been outraged and  have united  to give him all their support,   showing how much  they appreciated him in the neighborhood. Well, everyone  remembers him as a  very collaborative person.  Otherwise  , the community will suffer  serious harm if he is imprisoned.

 I thank you in advance for reading my letter and taking the time to respond.  502 30801079 is where you can reach me.

Respectfully

Oscar Benito Noriega Martínez
**PRESIDENT OF COCODE**